**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:    Yeny Isabel Romero v. Dinesh Deepak Batra

Appellate case number:   01-17-00487-CV

Trial court case number:   2015-76675

Trial court:            312th District Court of Harris County

On December 27, 2018, appellant Yeny Isabel Romero filed a motion to dismiss this appeal. The Court cannot consider the motion.

The Court's opinion and judgment in this appeal issued on October 25, 2018. Because no party filed a motion for rehearing or en banc reconsideration, the Court's plenary power to set its judgment aside expired on December 27, 2018. *See* TEX. R. APP. P. 4.1, 19.1(a), 19.3; *see also Kacal v. Cohen*, 13 S.W.3d 900, 902 (Tex. App.—Waco 2000, no pet.) (explaining that plenary power rule regulates orderly and timely process of moving case from trial to finality and prohibits appellate court from modifying or vacating its judgment after expiration of plenary period if no timely rehearing motion is pending). The Court therefore lacks jurisdiction to consider appellant's motion. *See* TEX. R. APP. P. 19.3.

Accordingly, appellant's motion is **dismissed** for want of jurisdiction.

Judge's signature: /s/ Sarah Beth Landau
                   ☒ Acting individually    ☐ Acting for the Court

Date: January 24, 2019